**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIUFENG JIN, | Case No. CV 26-769 PA (MBKx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| ALEJANDRO MAYORKAS, et al., | |
| Defendants. | |

In accordance with the Court's May 27, 2026 Minute Order dismissing this action pursuant to Federal Rule Civil Procedure 4(m) and for failure to prosecute,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: May 27, 2026

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE